B6F (Official Form 6F) (12/07)

In re   **Gwendolyn Lorita Martin**                                                              Case No.   **15-56724**
                                      Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx8962<br><br>Asset Acceptance<br>Attn: Bankrupcy Dept<br>Po Box 2036<br>Warren, MI 48090 | - | | Opened 10/01/12<br>Factoring Company Account First Premier Bank | | | | 982.00 |
| Account No. xxxxxxxxxxxx7513<br><br>Credit One Bank<br>Po Box 98873<br>Las Vegas, NV 89193 | - | | Opened 2/01/15  Last Active 3/13/15<br>Credit Card | | | | 273.00 |
| Account No. xxxx0833<br><br>Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | - | | Opened 11/01/14<br>Collection Attorney Erc/Directv Inc. | | | | 202.00 |
| Account No. xxxx9509<br><br>Eos Cca<br>Po Box 981025<br>Boston, MA 02298 | - | | Opened 1/01/15<br>Collection Attorney At T Mobility | | | | 896.00 |

__4__ continuation sheets attached

Subtotal
(Total of this page)     **2,353.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gwendolyn Lorita Martin** , Case No. **15-56724**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx7999<br><br>Farmers Furniture<br>Po Box 1140<br>Dublin, GA 31040 | | - | Opened 11/01/13 Last Active 3/28/15<br>Installment Sales Contract | | | | 416.00 |
| Account No. xxxxxxxxxxx7452<br><br>GECRB / HH Gregg<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | | - | Opened 2/01/13 Last Active 1/30/15<br>Charge Account | | | | 933.00 |
| Account No. xxx-xx-7296<br><br>Herbert McGrew c/o Grant Stein<br>1201 West Peachtree Street<br>Atlanta, GA 30309 | | - | Collections | | | X | 32,331.13 |
| Account No. xxxxxxx6001<br><br>IC System<br>Attn: Bankruptcy<br>444 Highway 96 East; Po Box 64378<br>St. Paul, MN 55164 | | - | Opened 9/01/11<br>Collection Attorney Empire Today L L C | | | | 25.00 |
| Account No. xxxxxxx6001<br><br>IC System<br>Attn: Bankruptcy<br>444 Highway 96 East; Po Box 64378<br>St. Paul, MN 55164 | | - | Opened 12/01/11<br>Collection Attorney Empire Today L L C | | | | 25.00 |

Sheet no. __1__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    33,730.13

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gwendolyn Lorita Martin**                                    Case No.  **15-56724**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx0321<br><br>Merrick Bk<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804 | - | | Opened 12/01/13 Last Active 3/15/15<br>Credit Card | | | | 421.00 |
| Account No. xxx2261<br><br>Ncc Business Svcs Inc<br>9428 Baymeadows Rd Ste 2<br>Jacksonville, FL 32256 | - | | Opened 1/01/11<br>Collection Attorney Monterey Village/Stonemark | | | | 3,135.00 |
| Account No. xx1480<br><br>Pdq Services Inc<br>700 Churchill Ct. Suite 200<br>Woodstock, GA 30188 | - | | Opened 12/01/11<br>Collection Attorney Kendrick And Kendrick Dmd Pc | | | | 111.00 |
| Account No. xxxx6016<br><br>Pinnacle Credit Service<br>Attn: Bankruptcy<br>Po Box 640<br>Hopkins, MN 55343 | - | | Opened 12/01/13<br>Factoring Company Account Verizon Wireless | | | | 885.00 |
| Account No. xxx-xx-7286<br><br>Probate Estate of William C.<br>Martin c/o Grant Stein<br>1201 West Peachtree<br>Atlanta, GA 30309 | - | | Collections | | | X | 32,331.13 |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  36,883.13

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gwendolyn Lorita Martin**,
Debtor

Case No. __15-56724__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx7301<br><br>Regional Acceptance Co<br>1420 E Fire Tower Rd Ste<br>Greenville, NC 27858 | | - | Opened 6/01/10 Last Active 12/07/11<br>Automobile | | | | 10,389.00 |
| Account No. xxxx8087<br><br>Stellar Recovery Inc<br>1327 Highway 2 West<br>Kalispell, MT 59901 | | - | Opened 12/01/14<br>Collection Attorney Comcast | | | | 648.00 |
| Account No. xxxxxxxxxxx4115<br><br>Syncb/belk<br>Po Box 965028<br>Orlando, FL 32896 | | - | Opened 4/01/13 Last Active 2/16/15<br>Charge Account | | | | 208.00 |
| Account No. xxxxxxxxxxx0290<br><br>Webbank/fingerhut<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303 | | - | Opened 8/01/13 Last Active 12/07/14<br>Charge Account | | | | 492.00 |
| Account No. xxxxxxxxxxx9409<br><br>Wells Fargo Bank<br>Po Box 14517<br>Des Moines, IA 50306 | | - | Opened 8/01/12 Last Active 3/13/15<br>Credit Line Secured | | | | 980.00 |

Sheet no. __3__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  12,717.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Gwendolyn Lorita Martin**, Debtor

Case No. **15-56724**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx9017 <br><br> Westlake Financial Svc <br> 4751 Wilshire Blvd Suite 100 <br> Los Angeles, CA 90010 | - | | Opened 3/19/12 Last Active 4/11/14 <br> Automobile | | | | 36.00 |
| Account No. xx6731 <br><br> Wilshire Credit Corp/Bank of America <br> Bank of America N.A. <br> 450 American St <br> Simi Valley, CA 93065 | - | | Opened 5/07/97 Last Active 4/01/09 <br> Real Estate Specific | | | | Unknown |
| Account No. xxxxxx1101 <br><br> World Finance Corp <br> World Acceptance Corp/Attn Bankruptcy <br> Po Box 6429 <br> Greenville, SC 29606 | - | | Opened 6/01/14 Last Active 2/16/15 <br> Secured/ Household goods | | | | 1,346.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **4** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,382.00**

Total (Report on Summary of Schedules) **87,065.26**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Gwendolyn Lorita Martin**, Debtor

Case No. **15-56724**

Chapter **13**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 48,203.10 | | |
| B - Personal Property | Yes | 3 | 69,810.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 50,339.87 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 2,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 87,065.26 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,850.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,299.03 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| | | Total Assets | 118,013.10 | | |
| | | | Total Liabilities | 139,405.13 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Gwendolyn Lorita Martin**, Debtor

Case No. **15-56724**

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 2,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 2,000.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 3,850.00 |
| Average Expenses (from Schedule J, Line 22) | 2,299.03 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 4,777.14 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 26,314.87 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 2,000.00 |
| 4. Total from Schedule F | | 87,065.26 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 115,380.13 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Gwendolyn Lorita Martin**   Case No. **15-56724**
Debtor(s)   Chapter **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __22__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 3, 2015**   Signature   **/s/ Gwendolyn Lorita Martin**
**Gwendolyn Lorita Martin**
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## SUPPLEMENTAL MAILING MATRIX

Herbert McGrew c/o Grant Stein
1201 West Peachtree Street
Atlanta, GA 30309

Probate Estate of William C.
Martin c/o Grant Stein
1201 West Peachtree
Atlanta, GA 30309

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Gwendolyn Echols Martin, | ) | Case No: 15-56724 |
| | ) | |
| Debtor. | ) | JUDGE ELLIS-MONRO |

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within amended schedules upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

**Gwendolyn Echols Martin**
2950 Kayla Court
Atlanta, GA 30349

Herbert McGrew c/o Grant Stein
1201 West Peachtree Street
Atlanta, GA 30309

Probate Estate of William C.
Martin c/o Grant Stein
1201 West Peachtree
Atlanta, GA 30309

I further certify that, by agreement of parties, Mary Ida Townson, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

This 4th day of August, 2015:

Nicole Holtzapple /s/
Nicole Holtzapple
GA BAR NO. 940598
The Semrad Law Firm, LLC
101 Marietta Street, NW
Suite 3600
Atlanta, GA 30303
(678) 668-7160