Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Gwendolyn Lorita Martin** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (If known) | **15-56724** |

Check if this is:

■ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I

## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | Supervisor | |
| Employer's name | | Piedmont Fayett Hospital | |
| Employer's address | | Suite 1000<br>2727 Paces Ferry Road<br>Atlanta, GA 30339 | |
| How long employed there? | | 19 years | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 4,961.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 4,961.00 | $ N/A |

*G. M*

Debtor 1    **Gwendolyn Lorita Martin**                                          Case number *(if known)*  **15-56724**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $  4,961.00 | $  N/A |
| 5. | List all payroll deductions: | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $  525.00 | $  N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $  0.00 | $  N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $  338.00 | $  N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $  0.00 | $  N/A |
| 5e. | Insurance | 5e. | $  126.00 | $  N/A |
| 5f. | Domestic support obligations | 5f. | $  0.00 | $  N/A |
| 5g. | Union dues | 5g. | $  0.00 | $  N/A |
| 5h. | Other deductions. Specify:  HSA | 5h.+ | $  133.00 + | $  N/A |
| | EE Optional Life | | $  54.00 | $  N/A |
| | Dependent Life | | $  3.00 | $  N/A |
| | Supp LTD | | $  18.00 | $  N/A |
| | Accident Insurance | | $  14.00 | $  N/A |
| | Permanent Life | | $  13.00 | $  N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $  1,224.00 | $  N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $  3,737.00 | $  N/A |
| 8. | List all other income regularly received: | | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $  0.00 | $  N/A |
| 8b. | Interest and dividends | 8b. | $  0.00 | $  N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $  0.00 | $  N/A |
| 8d. | Unemployment compensation | 8d. | $  0.00 | $  N/A |
| 8e. | Social Security | 8e. | $  0.00 | $  N/A |
| 8f. | Other government assistance that you regularly receive
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $  0.00 | $  N/A |
| 8g. | Pension or retirement income | 8g. | $  0.00 | $  N/A |
| 8h. | Other monthly income. Specify: | 8h.+ | $  0.00 + | $  N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $  0.00 | $  N/A |
| 10. | Calculate monthly income. Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $  3,737.00 + $  N/A = $  3,737.00 | |

11. State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:                                                                              11. +$  0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies                                                                    12.  $  3,737.00

Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain:

*Official Form B 6I*                              Schedule I: Your Income                              page 2

Fill in this information to identify your case:

| Debtor 1 | **Gwendolyn Lorita Martin** |
|---|---|
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (If known) | **15-56724** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ■ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. Do you have dependents?   ■ No

   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

   ☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?

   ■ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.

   4. $      0.00

   If not included in line 4:

   4a. Real estate taxes     4a. $    0.00
   4b. Property, homeowner's, or renter's insurance     4b. $    225.00
   4c. Home maintenance, repair, and upkeep expenses     4c. $    75.00
   4d. Homeowner's association or condominium dues     4d. $    0.00

5. Additional mortgage payments for your residence, such as home equity loans     5. $    0.00

Debtor 1    Gwendolyn Lorita Martin                                                    Case number (if known)    15-56724

6.    Utilities:
    6a.    Electricity, heat, natural gas                                              6a.    $                250.00
    6b.    Water, sewer, garbage collection                                            6b.    $                135.00
    6c.    Telephone, cell phone, internet, satellite, and cable services               6c.    $                210.00
    6d.    Other. Specify:    Security System                                         6d.    $                 55.00
                Pest Control                                                           $                 40.00
7.    Food and housekeeping supplies                                                  7.    $                500.00
8.    Childcare and children's education costs                                        8.    $                  0.00
9.    Clothing, laundry, and dry cleaning                                             9.    $                100.00
10.    Personal care products and services                                          10.    $                100.00
11.    Medical and dental expenses                                                  11.    $                 75.00
12.    Transportation. Include gas, maintenance, bus or train fare.
    Do not include car payments.                                                 12.    $                200.00
13.    Entertainment, clubs, recreation, newspapers, magazines, and books           13.    $                  0.00
14.    Charitable contributions and religious donations                             14.    $                  0.00
15.    Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.    Life insurance                                                        15a.    $                  0.00
    15b.    Health insurance                                                      15b.    $                  0.00
    15c.    Vehicle insurance                                                     15c.    $                200.00
    15d.    Other insurance. Specify:                                             15d.    $                  0.00
16.    Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:    Ad Valorem                                                        16.    $                 30.00
    Specify:    Property Taxes                                                            $                 25.00
17.    Installment or lease payments:
    17a.    Car payments for Vehicle 1                                            17a.    $                525.00
    17b.    Car payments for Vehicle 2                                            17b.    $                  0.00
    17c.    Other. Specify:    Farmers Furniture                                  17c.    $                100.00
    17d.    Other. Specify:    Probate Court for Property                         17d.    $                657.00
18.    Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, Schedule I, Your Income (Official Form 6I).    18.    $                  0.00
19.    Other payments you make to support others who do not live with you.                  $                100.00
    Specify:    Payments to 2 college daughters                                   19.
20.    Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    20a.    Mortgages on other property                                           20a.    $                  0.00
    20b.    Real estate taxes                                                     20b.    $                  0.00
    20c.    Property, homeowner's, or renter's insurance                          20c.    $                  0.00
    20d.    Maintenance, repair, and upkeep expenses                              20d.    $                  0.00
    20e.    Homeowner's association or condominium dues                           20e.    $                  0.00
21.    Other: Specify:    Aarons Rental                                              21.    +$                120.03
22.    Your monthly expenses. Add lines 4 through 21.
    The result is your monthly expenses.                                         22.    $              3,722.03
23.    Calculate your monthly net income.
    23a.    Copy line 12 (your combined monthly income) from Schedule I.          23a.    $              3,737.00
    23b.    Copy your monthly expenses from line 22 above.                       23b.    -$              3,722.03
    23c.    Subtract your monthly expenses from your monthly income.
           The result is your monthly net income.                             23c.    $                 14.97

24.    Do you expect an increase or decrease in your expenses within the year after you file this form?
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
    modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.
    Explain:

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Gwendolyn Lorita Martin**

Debtor(s)

Case No.    **15-56724**

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. 1

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Gm Financial | 2010 Mercedez Benz 350ML |

Property will be (check one):
- [ ] Surrendered
- [✓] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [✓] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- [✓] Claimed as Exempt
- [ ] Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| Lessor's Name: | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| Aaron's | Dining Room Furniture | [✓] YES     [ ] NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date _____

Signature _~Gwendolyn Martin~_

Gwendolyn Lorita Martin

Debtor

**Fill in this information to identify your case:**

Debtor 1　　**Gwendolyn Lorita Martin**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:　Northern District of Georgia

Case number　**15-56724**
(if known)

**Check one box only as directed in this form and in Form 22A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

■ Check if this is an amended filing

## Official Form 22A – 1
## Chapter 7 Statement of Your Current Monthly Income

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

**Part 1:　Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

　■ **Not married.** Fill out Column A, lines 2-11.

　☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

　☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

　　☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

　　☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). | $　**4,427.14** | $ |
| 3. | Alimony and maintenance payments. Do not include payments from a spouse if Column B is filled in. | $　**0.00** | $ |
| 4. | All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support. Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $　**0.00** | $ |
| 5. | Net income from operating a business, profession, or farm | | |

　　Gross receipts (before all deductions)　　$　0.00

　　Ordinary and necessary operating expenses　-$　0.00

　　Net monthly income from a business, profession, or farm $　0.00　Copy here -> $　**0.00**　$

| 6. | Net income from rental and other real property | | |

　　Gross receipts (before all deductions)　　$　0.00

　　Ordinary and necessary operating expenses　-$　0.00

　　Net monthly income from rental or other real property　$　0.00　Copy here -> $　**0.00**　$

| 7. | Interest, dividends, and royalties | | $　**0.00** | $ |

Debtor 1    **Gwendolyn Lorita Martin**    Case number *(if known)*    **15-56724**

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|

8. Unemployment compensation — $ 0.00 | $

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ............ $ 0.00

For your spouse ...... $

9. Pension or retirement income. Do not include any amount received that was a benefit under the Social Security Act. — $ 0.00 | $

10. Income from all other sources not listed above. Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

10a. — $ 0.00 | $

10b. — $ 0.00 | $

10c. Total amounts from separate pages, if any. + $ 0.00 | $

11. Calculate your total current monthly income. Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. — $ 4,427.14 + $ = $ 4,427.14

Total current monthly income

**Part 2:    Determine Whether the Means Test Applies to You**

12. Calculate your current monthly income for the year. Follow these steps:

12a. Copy your total current monthly income from line 11.    Copy line 11 here=>   12a. $ 4,427.14

Multiply by 12 (the number of months in a year)    x 12

12b. The result is your annual income for this part of the form.   12b. $ 53,125.68

13. Calculate the median family income that applies to you. Follow these steps:

Fill in the state in which you live.    **GA**

Fill in the number of people in your household.    **2**

Fill in the median family income for your state and size of household.   13. $ 53,684.00

14. How do the lines compare?

14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.* Go to Part 3 and fill out Form 22A-2.

**Part 3:    Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X *Gwendolyn Morton*

Gwendolyn Lorita Martin
Signature of Debtor 1

Date
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.

Debtor 1    Gwendolyn Lorita Martin                                Case number *(if known)*    15-56724

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **10/01/2014 to 03/31/2015.**

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Employment Income**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 10/2014 | $5,147.34 |
| 5 Months Ago: | 11/2014 | $4,257.21 |
| 4 Months Ago: | 12/2014 | $4,673.75 |
| 3 Months Ago: | 01/2015 | $3,822.52 |
| 2 Months Ago: | 02/2015 | $3,980.52 |
| Last Month: | 03/2015 | $4,681.51 |
| | Average per month: | $4,427.14 |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Gwendolyn Lorita Martin**

Debtor

Case No. __15-56724__

Chapter __7__

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 12,728.02 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 12,728.02 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 3,737.00 |
| Average Expenses (from Schedule J, Line 22) | 3,722.03 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 4,427.14 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 26,314.87 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 12,728.02 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 108,619.34 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 5) | | 134,934.21 |

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Georgia

In re    Gwendolyn Lorita Martin

Debtor

Case No.    15-56724

Chapter    7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 53,559.00 | | |
| B - Personal Property | Yes | 3 | 69,810.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 85,531.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 12,728.02 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 108,619.34 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,737.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,722.03 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 123,369.00 | | |
| Total Liabilities | | | | 206,878.36 | |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re    Gwendolyn Lorita Martin                        Case No.    **15-56724**
                                  Debtor(s)          Chapter     **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **22**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date                                Signature                                            
                                                           Gwendolyn Lorita Martin
                                                           Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com