UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| GWENDOLYN LORITA MARTIN, | : | CASE NO. 15-56724-BEM |
| aka GWENDOLYN ECHOLS MARTIN, | : | |
| | : | |
| Debtor. | : | |
| | : | |

**CHAPTER 7 SUPPLEMENTAL DIVIDEND DISTRIBUTION REPORT**

The disbursement made to the Fulton County Tax Commissioner in the amount of $26.30 was returned by the creditor stating that its claims had already been paid in full. The Trustee will redistribute said amount to allowed claims as set forth according to the priorities in 11 U.S.C. § 507 and 726 and in accordance with Fed. R. Bankr. P. 3010 and 3011. The approved final supplemental distributions are set forth in the attached Exhibit "A."

Prepared by:

   */s/ s. Gregory Hays*
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305
(404) 926-0060
ghays@haysconsulting.net

**TRUSTEE'S PROPOSED RE-DISTRIBUTION**

Exhibit A

Case No. 15-56724
Case Name: GWENDOLYN LORITA MARTIN
Trustee Name: S. Gregory Hays

**Balance on hand:**  $ 26.30

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 11 | Resolution Financial Corp | 2,859.95 | 3,343.97 | 3,343.97 | 0.00 |
| 16S | Wells Fargo Card Services | 1,000.00 | 0.00 | 0.00 | 0.00 |
| 20 | AmeriCredit Financial Services, Inc. | 21,884.44 | 21,884.44 | 0.00 | 0.00 |
| 2 | AmeriCredit Financial Services, Inc. | 20,236.74 | 20,236.74 | 0.00 | 0.00 |
| 5 | Farmers Furniture | 415.95 | 415.95 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 26.30

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 4,724.25 | 4,504.59 | 0.00 |
| Trustee, Expenses - S. Gregory Hays | 118.72 | 113.20 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 16,773.25 | 15,993.36 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Arnall Golden Gregory LLP | 607.92 | 579.65 | 0.00 |

Total to be paid for chapter 7 administrative expenses:  $ 0.00
Remaining balance:  $ 26.30

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

**UST Form 101-7-TFR(5/1/2011)**

|  | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 26.30 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,728.02 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Fulton County Tax Commissioner | 0.00 | 0.00 | 0.00 |
| 8P | Department of the Treasury | 10,923.62 | 1,092.36 | 22.57 |
| 12P | Georgia Department of Revenue | 1,804.40 | 180.45 | 3.73 |

|  | Total to be paid for priority claims: | $ | 26.30 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $86,574.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Regional Acceptance Corporation | 10,389.41 | 0.00 | 0.00 |
| 3 | Automotive Credit Corporation | 9,709.55 | 0.00 | 0.00 |
| 6 | Midland Credit Management, Inc. | 982.92 | 0.00 | 0.00 |
| 7 | World Finance Corporation | 1,811.78 | 0.00 | 0.00 |
| 8Ua | Department of the Treasury | 8,438.49 | 0.00 | 0.00 |
| 9 | BellSouth Telecommunications, Inc. | 1,255.31 | 0.00 | 0.00 |
| 10 | AT&T Mobility II LLC %AT&T SERVICES INC. | 896.74 | 0.00 | 0.00 |
| 12U | Georgia Department of Revenue | 2,782.92 | 0.00 | 0.00 |
| 13 | Herbert L. McGrew and McGrew & Associates, Inc. | 0.00 | 0.00 | 0.00 |
| 14 | Herbert L. McGrew and McGrew & Associates, Inc. | 14,872.27 | 0.00 | 0.00 |
| 15 | Probate Estate of William C. Martin | 32,331.13 | 0.00 | 0.00 |
| 16U | Wells Fargo Card Services | 0.00 | 0.00 | 0.00 |
| 17 | Portfolio Recovery Associates, LLC | 820.42 | 0.00 | 0.00 |
| 18 | Portfolio Recovery Associates, LLC | 492.09 | 0.00 | 0.00 |
| 19 | Portfolio Recovery Associates, LLC | 208.95 | 0.00 | 0.00 |
| 21 | Pinnacle Credit Services, LLC | 884.97 | 0.00 | 0.00 |
| 22 | MERRICK BANK | 480.51 | 0.00 | 0.00 |
| 23 | GUARANTY BANK | 217.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $7,614.59 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8Ub | Department of the Treasury | 7,614.59 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Date: Jan 28, 2021     Signed: /s/ S. Gregory Hays
S. Gregory Hays, Trustee
2964 Peachtree Road, NW, Ste. 555
Atlanta, GA 30305
4049260060

**UST Form 101-7-TFR(5/1/2011)**